CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 24 2014

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **RANDALL K. MUSICK OBO ANGELA B. WATSON (MUSICK) DECEASED,**<br>Plaintiff<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>**Acting Commissioner of**<br>**Social Security,**<br>Defendant. | Civil Action No. 1:12cv00073<br><br>**ORDER**<br><br>By: JAMES P. JONES<br>UNITED STATES DISTRICT JUDGE |

It appearing that no objections have been timely filed to the Report and Recommendation filed February 7, 2014, setting forth the findings and recommendations of the magistrate judge, it is **ADJUDGED AND ORDERED** as follows:

1. The Report and its findings and recommendations are wholly **ACCEPTED** and **APPROVED**;

2. An attorney's fee is awarded to the plaintiff under the provisions of the Equal Access to Justice Act, ("EAJA"), 28 U.S.C.A. § 2412(d) in the amount of $1,006.25; and

3. This amount will be paid directly to the plaintiff and sent to the business address of plaintiff's counsel. Full or partial remittance of the awarded attorney's fee will be contingent upon a determination by the government that plaintiff owes no qualifying, preexisting debt(s) to the government. If such debt(s) exists, the government will reduce the awarded attorney's fee to the extent necessary to satisfy such debt(s).

ENTER: **2/24**, 2014.

_____
United States District Judge